**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**CHARLENE SMITH-THOMPSON,**

**Plaintiff,**

**v.**

**PABLO RODRIGUEZ and**
**THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS,**

**Defendants.**

Civil Action 06-01945 (HHK)

---

**ORDER DIRECTING PLAINTIFF TO RESPOND**
**TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon defendant District of Columbia Department of Correction's motion to dismiss plaintiff's complaint [#2], filed November 22, 2006.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the court this 27th day of November, 2006,

**ORDERED** that plaintiff file her opposition to defendant's motion on or before December 27, 2006.  If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge