UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLENE SMITH-THOMPSON,**<br><br>Plaintiff,<br><br>v.<br><br>**PABLO RODRIGUEZ and<br>THE DISTRICT OF COLUMBIA<br>DEPARTMENT OF CORRECTIONS,**<br><br>Defendants. | Civil Action 06-01945 (HHK) |

## ORDER

Before the court are the motion of the District of Columbia Department of Corrections to Dismiss (#2) and the motion of plaintiff to remand this action to the District of Columbia Superior Court (#6).  Upon consideration of the motions and the history of this case, it is this 27th day of December, 2007, hereby

**ORDERED** that the motion of plaintiff to remand this action to the District of Columbia Superior Court is **GRANTED**; and it is further

**ORDERED** that the motion of the District of Columbia Department of Corrections to Dismiss (#2) is **DENIED** as it is moot.

Henry H. Kennedy, Jr.<br>
United States District Judge